```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     DAVID H. SCHEFFER, ET AL

                         Plaintiff(s)

        -vs-                                      05-Cv-6700T

     THE CIVIL SERVICE EMPLOYEES
     ASSOCIATION, LOCAL 828, ET AL

                         Defendant(s)
_____
```

Kathleen Keller, Esq. has submitted to the Court evidence that she is presently a member in good standing of the Bar of the District of Columbia and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of Kathleen Keller, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, Kathleen Keller, Esq. will be admitted to practice pro hac vice in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                              MICHAEL A. TELESCA
                              United States District Judge
```

Dated: Rochester, New York
       January 3, 2006