```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

      DAVID H. SCHEFFER, ET AL

                        Plaintiff(s)

         -vs-                                   05-Cv-6700T

      THE CIVIL SERVICE EMPLOYEES
      ASSOCIATION, LOCAL 828, ET AL

                        Defendant(s)
_____
```

John R. Martin, Esq. has submitted to the Court evidence that she is presently a member in good standing of the Bar of the Texas and various state and federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of John R. Martin, Esq. is granted. Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, John R. Martin, Esq. will be admitted to practice pro hac vice in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

```
                              S/ MICHAEL A. TELESCA
                           MICHAEL A. TELESCA
                           United States District Judge
```

Dated:  Rochester, New York
        January 3, 2006