```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     DAVID H. SCHEFFER, ET AL

                              Plaintiff(s)

        -vs-                                    05-Cv-6700T

     THE CIVIL SERVICE EMPLOYEES
     ASSOCIATION, LOCAL 828, ET AL

                              Defendant(s)
_____
```

John M. West, Esq. has submitted to the Court evidence that he is presently a member in good standing of the Bar of the District of Columbia and various federal courts and has requested to be admitted to practice before this Court with respect to the above-captioned matter.  Upon due consideration, and pursuant to Local Rule 83.1(i), the request of John M. West, Esq. is granted.  Pursuant to Local Rule 83.1(l), the $75.00 fee required for pro hac vice admission may be made payable to Clerk, U.S. District Court.

Wherefore, upon receipt of the $75.00 admission fee, John M. West, Esq. will be admitted to practice pro hac vice in the above-captioned matter.

ALL OF THE ABOVE IS SO ORDERED.

                                    S/ MICHAEL A. TELESCA
                                  MICHAEL A. TELESCA
                                  United States District Judge

Dated:  Rochester, New York
        January 5, 2006