```
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
```
---

DAVID H. SCHEFFER, ET AL

                Plaintiff

    -v-                                   05-Cv-6700T

THE CIVIL SERVICE EMPLOYEES ASSOCIATION,
LOCAL 828

                Defendant

---

By letter dated June 6, 2006, defendants, with the consent of plaintiffs' counsel, request an extension of the briefing schedule relating to plaintiffs' motion for class certification. Good cause having been shown, it is hereby,

ORDERED, that defendants' response to plaintiffs' motion shall be filed no later than July 7, 2006. Plaintiffs' reply brief shall be filed no later than July 14, 2006. Oral argument is scheduled for July 20, 2006 at 9:00 AM.

ALL OF THE ABOVE IS SO ORDERED.

                                        S/ MICHAEL A. TELESCA
                                        Michael A. Telesca
                                        United States District Judge

Dated: June 7, 2006