UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

     DAVID H. SCHEFFER, et al

               Plaintiff(s)

    -vs-                        05-Cv-6700T

     THE CIVIL SERVICE EMPLOYEES
     ASSOCIATION, LOCAL 828, et al

               Defendant(s)

_____


        Matthew Clash-Drexler, Esq. has submitted to the Court
evidence that he is presently a member in good standing of the Bar
of the District of Columbia as well as various state and federal
courts and has requested to be admitted to practice before this
Court with respect to the above-captioned matter.   Upon due
consideration, and pursuant to Local Rule 83.1(i), the request of
Matthew Clash-Drexler, Jr., Esq. is granted.   Pursuant to Local
Rule 83.1(l), the $75.00 fee required for pro hac vice admission
may be made payable to Clerk, U.S. District Court.

        Wherefore, upon receipt of the $75.00 admission fee,
Matthew Clash-Drexler, Jr., Esq. will be admitted to practice <u>pro</u>
<u>hac</u> <u>vice</u> in the above-captioned matter.

        ALL OF THE ABOVE IS SO ORDERED.


                         <u>S/ MICHAEL A. TELESCA</u>
                         MICHAEL A. TELESCA
                         United States District Judge

Dated:  Rochester, New York
       June 22, 2006