UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

    DAVID H. SCHEFFER, ET AL

                Plaintiff(s)

    -vs-                          05-CV-6700T

    CIVIL SERVICE EMPLOYEES ASSOCIATION,
    LOCAL 828, ET AL

                Defendant(s)
_____

       By letter dated June 30, 2006, counsel for the

defendants requests, with the consent of opposing counsel, an

additional extension of the current briefing schedule for

plaintiffs' motion for class certification.  Accordingly, it is

hereby,

       ORDERED, that defendants' opposition shall be filed no

later than August 3, 2006.  Plaintiffs' reply brief shall be

filed no later than August 17, 2006.  Oral argument remains

scheduled for September 7, 2006 at 9:00 AM.


                              S/ MICHAEL A. TELESCA
                          Michael A. Telesca
                          United States District Judge

Dated: July 5, 2006