UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

     DAVID H. SCHEFFER, ET AL

                Plaintiff(s)

      -vs-                             05-Cv-6700T

     THE CIVIL SERVICE EMPLOYEES
     ASSOCIATION, LOCAL 828, ET AL

                Defendant(s)
_____

       By letter dated August 16, 2006, counsel for plaintiffs requests an extension of

time to file its reply to defendants' opposition to plaintiffs' motion for class certification.

Counsel for defendants consents to plaintiffs' request.  Accordingly, it is hereby,

       ORDERED, that plaintiffs' reply shall be file no later than August 31, 2006.  Oral

argument remains scheduled for September 7, 2006 at 9:00 AM.

                           __ S/ MICHAEL A. TELESCA __
                           MICHAEL A. TELESCA
                           United States District Judge

Dated:  August 17, 2006